1  ERISA Law Group LLP
   ROBERT J. ROSATI, State Bar No. 112006
2  robert@erisalg.com
   THORNTON DAVIDSON, State Bar No. 166487
3  thornton@erisalg.com
   6485 N. Palm Ave.,
4  Fresno, California 93704
   Telephone: 559-478-4119
5  Facsimile: 559-478-5939

6  Attorneys for Plaintiff,
   JOHN LANGER
7
   BURKE, WILLIAMS & SORENSEN, LLP
8  MICHAEL B. BERNACCHI, State Bar No. 163657
   mbernacchi@bwslaw.com
9  KEIKO J. KOJIMA, State Bar No. 206595
   kkojima@bwslaw.com
10 444 South Flower Street, Suite 2400
   Los Angeles, California 90071
11 Telephone: 559-478-4119
   Facsimile: 559-478-5939
12
   Attorneys for Defendants,
13 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
   AND GROUP SHORT TERM, LONG TERM DISABILITY
14 AND LIFE PLAN FOR EMPLOYEES OF MODEL N, INC.

15

16                  **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18                       **SAN FRANCISCO DIVISION**

19 JOHN LANGER,                  )   Case No. 3:14-cv-01688-EMC
                                 )
20         Plaintiff,             )
                                 )   **JOINT REQUEST TO APPEAR**
21                               )   **TELEPHONICALLY AT CASE**
                                 )   **MANAGEMENT CONFERENCE**
22 v.                            )   ; Order
                                 )
23 HARTFORD LIFE AND ACCIDENT    )   Judge:   Edward M. Chen
   INSURANCE COMPANY; GROUP      )   Date:    July 29, 2014
24 SHORT TERM, LONG TERM         )   Time:    9:30 a.m.
   DISABILITY AND LIFE PLAN FOR  )   Crtrm:   5, 17th Floor
25 EMPLOYEES OF MODEL N INC.,    )            450 Golden Gate Avenue
                                 )            San Francisco, CA
26         Defendants.            )
                                 )
27 _____  )

28

JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-01688-EMC
1

1   Plaintiff, John Langer, by and through his counsel, and Defendant, Hartford Life and
2   Accident Insurance Company, by and through its counsel hereby jointly request to participate in
3   the Case Management Conference in this matter by telephone.  This request is made for the
4   following reasons:
5   1.   The Case Management Conference is set for July 29, 2013, at 9:30 a.m., in
6   Courtroom 5, 17th Floor before the Honorable Edward M. Chen.
7   2.   Counsel for the parties filed the Joint Case Management Statement on July 22,
8   2014, [Document 18].
9   3.   Plaintiff's counsel maintain their offices in the City of Fresno, California, which
10   exceeds a distance of 180 miles to the courthouse.
11   4.   Defendant's counsel maintain their office in the City of Los Angeles, California,
12   which exceeds a distance of 380 miles to the courthouse.
13   IT IS SO STIPULATED.

ERISA LAW GROUP LLP

Date:   July 22, 2014

By: *s/ Robert J. Rosati*
ROBERT J. ROSATI

Attorneys for Plaintiff,
JOHN LANGER


BURKE, WILLIAMS & SORENSEN LLP

Date:   July 22, 2014

By: *s/ Michael B. Bernacchi*
MICHAEL B. BERNACCHI
KEIKO J. KOJIMA

Attorneys for Defendants,
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND GROUP SHORT
TERM, LONG TERM DISABILITY AND LIFE
PLAN FOR EMPLOYEES OF MODEL N, INC.

```
IT IS SO ORDERED.  The Court
will call counsel between
9:30 and 10:00 a.m.

_____
Edward M. Chen
U.S. District Judge
```

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF FRESNO |

I, PATRICIA RUBY, certify and declare as follows: I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 6485 North Palm Street, Suite 105, Fresno, California 93704.

I hereby certify that on July 22, 2014, I served the foregoing documents described as: **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties as follows:

| | |
|---|---|
| Michael B. Bernacchi, Esq.<br>Keiko J. Kojima, Esq.<br>Burke, Williams & Sorensen, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br><br>mbernacchi@bwslaw.com<br>kkojima@bwslaw.com | Attorneys for Defendants,<br>Hartford Life and Accident Insurance Company and Group Short Term, Long Term Disability and Life Plan for Employees of Model N, Inc. |

[ X ]  **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

[ ]  I placed the [ ] original / [ ] a true copy thereof enclosed in a sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by:
[ ] **U.S. POSTAL SERVICE**      [ ] **OVERNIGHT DELIVERY**

[ ]  **BY EMAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 22, 2014, at Fresno, California.

                        */s/ Patricia Ruby*
                        PATRICIA RUBY

JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-01688-EMC
3