1  ERISA LAW GROUP, LLP
   Robert J. Rosati, Esq. (SBN 112006)
2  E-mail: robert@erisalg.com
   Thornton Davidson, Esq. (SBN 166487)
3  E-mail: thornton@erisalg.com
4  6485 N. Palm Ave., Ste. 105
   Fresno, California 93704
5  Telephone:  (559) 478-4119
   Facsimile:  (559) 478-5939
6
7  Attorney for Plaintiff,
   JOHN LANGER
8
   BURKE, WILLIAMS & SORENSEN, LLP
9  Michael B. Bernacchi (SBN 163657)
   E-mail: mbernacchi@bwslaw.com
10 Keiko J. Kojima (SBN 206595)
11 E-mail: kkojima@bwslaw.com
   444 South Flower Street, Suite 2400
12 Los Angeles, California 90071-2953
   Telephone:  (213) 236-0600
13 Facsimile:  (213) 236-2700
14
   Attorney for Defendants,
15 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
   and GROUP SHORT TERM, LONG TERM DISABILITY
16 and LIFE PLAN FOR EMPLOYEES OF MODEL N, INC.
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20 | JOHN LANGER,                              | Case No.: 3:14-cv-01688-EMC

21 |     Plaintiff,                            | **STIPULATION OF DISMISSAL WITH**
22 |                                           | **PREJUDICE, PURSUANT TO FED. R.**
   | vs.                                       | **CIV. P. 41(a) AND [P~~ROPO~~SED] ORDER**
23 |
24 | HARTFORD LIFE AND ACCIDENT
   | INSURANCE COMPANY and
25 | GROUP SHORT TERM, LONG
   | TERM DISABILITY and LIFE PLAN
26 | FOR EMPLOYEES OF MODEL N,
27 | INC.
28 |     Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff JOHN LANGER and Defendants Hartford Life and Accident Insurance Company and Group Short Term, Long Term Disability and Life Plan for Employees of Model N. Inc., that the Parties agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Fed. R. Civ. P. 41(a), each Party to bear its own fees and costs.

DATED: March 6, 2015

ERISA LAW GROUP LLP
ROBERT J. ROSATI
THORNTON DAVIDSON


By: */s/ Robert J. Rosati*
    ROBERT J. ROSATI
    Attorneys for Plaintiff
    John Langer


DATED: March 6, 2015

BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL B. BERNACCHI
KEIKO J. KOJIMA


By: */s/ Michael B. Bernacchi* [as authorized on 3/6/15]
    MICHAEL B. BERNACCHI
Attorneys for Hartford Life and Accident Insurance Company and Group Short Term, Long Term Disability and Life Plan For Employees of Model N, Inc.

ORDER

Dated: 3/6/15   _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I, PATRICIA RUBY, certify and declare as follows:  I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 6485 North Palm Street, Suite 105, Fresno, California 93704.

I hereby certify that on March 6, 2015, I served the foregoing documents described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER**

on the interested parties as follows:

| | |
|---|---|
| Michael B. Bernacchi, Esq.<br>Keiko J. Kojima, Esq.<br>Burke, Williams & Sorensen, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953 | Attorneys for Defendants,<br>Hartford Life and Accident Insurance<br>Company and Group Short Term, Long Term<br>Disability and Life Plan for Employees of<br>Model N, Inc. |

*mbernacchi@bwslaw.com*
*kkojima@bwslaw.com*

[ X ]  **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means  by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.  I served those parties who are not registered participants of the ECF System as indicated below.

[ ]    I placed the [ ] original / [ ] a true copy thereof enclosed in a sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by:

   [ ] **U.S. POSTAL SERVICE**          [ ] **OVERNIGHT DELIVERY**

[ ]    **BY EMAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the

purpose of effecting service and the transmission was reported as complete and without error.

I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 6, 2015, at Fresno, California.

  /s/ *Patricia Ruby*
PATRICIA RUBY